CSD 3015 [08/01/11]
Name, Address, Telephone No. & I.D. No.
William Francis Slattery, Jr.
2794 Gateway Road
Carlsbad, CA 92009
Telephone: (760) 431-8350

Debtor in Pro Se

FILED
13 DEC 31 PM 3:18
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>WILLIAM FRANCIS SLATTERY, JR.<br>Debtor. | BANKRUPTCY NO. 13-03755-MM7 |
| PAUL DANIEL MARKS, ESQ. For Benefit of MICHELE SLATTERY<br>Real Party In Interest Plaintiff(s) | ADVERSARY NO. 13-90257-MM |
| v.<br>WILLIAM FRANCIS SLATTERY, JR.<br>Defendants(s) | |

## AMENDED NOTICE OF HEARING AND MOTION

TO: THE HONORABLE COURT, TRUSTEE, PLAINTIFF AND PARTIES OF INTEREST:

**YOU ARE HEREBY NOTIFIED** that on February 27, 2014, at 10:00am., in Department 1, Room 218 of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of William Francis Slattery, Jr._____, Movant, for

MOTION TO DISMISS COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT AND DISCHARGE OF DEBTOR [DOCKET NO. 11]

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: December 31, 2013

/s/ William Francis Slattery, Jr.
~~[Attorney for]~~ Moving Party in Pro Se

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).

CSD 3015

CSD 3015 (Page 2) [08/01/11]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on 31st day of December, 2013, I served a true copy of the within AMENDED NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:
MOTION TO DISMISS COMPLAINT OBJECTING TO DISCHARGEABILITY OF DEBT AND DISCHARGE OF DEBTOR [DOCKET NO. 11]
by [describe here mode of service]:
Mail to: Paul Daniel Marks, 345 West Ninth Street, Suite 202, Escondido, CA 92025-5055

on the following persons [set forth name and address of each person served] and as checked below:

[ ] Attorney for Debtor (if required):

I certify under penalty of perjury that the foregoing is true and correct.

Executed on December 31, 2013
(Date)

STEPHANIE ROBERTS *(signature)*
(Typed Name and Signature)

2794 Gateway Road
(Address)

Carlsbad, CA 92009
(City, State, ZIP Code)

CSD 3015