CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

PAUL DANIEL MARKS  (Bar #44136)
ATTORNEY AT LAW
CERTIFIED SPECIALIST - FAMILY LAW
345 WEST NINTH AVENUE, SUITE 202
ESCONDIDO, CA 92025-5055
  [760] 489 - 0900

Order Entered on
May 5, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
WILLIAM FRANCIS SLATTERY JR.

                                                    Debtor.

BANKRUPTCY NO. 13-03755-MM7

PAUL DANIEL MARKS, For the Benefit of
MICHELE SLATTERY, Real Party in Interest
                                        Plaintiff(s)

ADVERSARY NO. 13-90257-MM

v.

WILLIAM FRANCIS SLATTERY JR.

                                      Defendant(s)

Date of Hearing: FEBRUARY 27, 2014
Time of Hearing: 10:00 A.M.
Name of Judge: HON. MARGARET M. MANN

## ORDER ON

### MOTION TO DISMISS COMPLAINT FILED BY DEFENDANT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is ~~DENIED~~ Motion/Application Docket Entry No. ___11___

//

//

//

//

DATED:
      May 2, 2014

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

LAW OFFICES OF PAUL DANIEL MARKS
(Firm name)

By: /s/ PAUL DANIEL MARKS, ESQ.
  Attorney for ☐ Movant ☑ Respondent

_Margaret M Mann_

Judge, United States Bankruptcy Court

CSD 3000A

CSD 3000A [11/15/04] (Page 2)
ORDER ON MOTION TO DISMISS COMPLAINT FILED BY DEFENDANT
DEBTOR: WILLIAM FRANCIS SLATTERY JR.

CASE NO.: 13-03755-MM7
ADV. NO.: 13-90257-MM

1.    The Court finds that Plaintiffs, MICHELE SLATTERY and PAUL DANIEL MARKS, properly alleged a claim for nondischargeability under sections 523(a)(5) and 523(a)(15) of Title 11 of the United States Code.

2.    Debtor/Defendant, WILLIAM FRANCIS SLATTERY JR. failed to plead a sufficient legal basis for dismissal at this stage and the Court thus denies his Motion to Dismiss, without prejudice.

Approved as to form and content:

**Electronic signature**

_____

WILLIAM FRANCIS SLATTERY JR., Debtor/Defendant

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

CSD 3000A